### C. N. BASSETT ET AL. v. N. B. SHERROD ET AL.

#### No. 375.—Decided February 27, 1896.

**Certifying Questions—Cases Adhered To.**

Kelly-Goodfellow Shoe Co. v. Insurance Co., 87 Texas, 112, and Laughlin v. Insurance Co., 87 Texas, 115, adhered to. A statement followed by numerous questions, practically submitting the whole case, certified by a Court of Civil Appeals, does not confer jurisdiction upon the Supreme Court—such certificate must be dismissed.

CERTIFIED QUESTIONS from Court of Civil Appeals for Third District, in an appeal from Brown County.

*Goodwin & Grinnan,* for appellants.

*Atkinson & Rice,* for appellees.

GAINES, CHIEF JUSTICE.—The questions which are submitted for our determination by the certificate in this case are prefixed by a statement contained in eight typewritten pages. They are eleven in number. We are unable to distinguish in principle the certificate from those which were considered in the cases of the Kelly Goodfellow Shoe Company v. Insurance Company, 87 Texas, 112, and of Laughlin v. Insurance Company, in the same volume on page 115, and of which it was held that this court had no jurisdiction. The certifying of so many questions in a very complicated case seems to us to be a practical certification of the whole case.

We are of the opinion that we have no jurisdiction to determine the questions certified and the certificate is therefore dismissed.

*Dismissed.*